"Emergency" Request for Continuance

Case # 13-3132

United States Courts
Southern District of Texas
FILED
MAY 18 2015
David J. Bradley, Clerk of Court

Guadalupe Cordova

vs

Rodney Underwood

I Rodney Underwood request more time to prepare for Trial with my attorney. As of today my attorney of record and I have not been able to coordinate and I received notice in a short period of time

R.L. Underwood
5-18-15
PO Box 8241
Houston TX 77288