IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUADALUPE AND HERLINDA CORDOVA<br>**PLAINTIFF**<br><br>vs.<br><br>RODNEY UNDERWOOD, ET AL<br>**DEFENDANT**<br><br>JOSE LUIS MATA<br>**INTERVENOR** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ADVERSARY NO. 13-03132 |

**INTERVENOR, JOSE MATA'S RESPONSE TO EMERGENCY MOTION TO
CONTINUE TRIAL**

Comes now JOSE MATA and files this response to Defendant's Emergency Motion to Continue

Trial and in support thereof would respectfully show the Court as follows:

1. Intervenor is not opposed to a continuance of the trial setting.

Dated: 5-18.15

Respectfully submitted,

JIM ALAN ADAMS
TBA#: 00844600
212 South 2nd Street
Richmond, TX 77469
281-341-0530 Telephone
281-342-4275 Facsimile
ATTORNEY FOR INTERVENOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all parties of interest via U.S. regular mail, postage prepaid, and/or via electronic file notification by the Clerk of the Court on this May 19, 2015.

*Plaintiff:*
***Via ECF and Facsimile***
Reese W. Baker
Baker & Associates
5151 Katy Freeway
Suite 200
Houston, TX 77007

*Defendant:*
***Via ECF and Facsimile***
Kenneth R. Barrett
3740 Greenbriar #541873
Houston, Texas 77254

_____
JIM ALAN ADAMS