IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | | |
| **GUADALUPE CORDOVA, JR. and** § | **Case No. 09-35693** |
| **HERLINDA CORDOVA** § | **Chapter 13** |
| **Debtors,** § | **Judge Isgur** |

| | | |
|---|---|---|
| **GUADALUPE CORDOVA, JR. and** § | |
| **HERLINDA CORDOVA,** § | |
| **Plaintiffs** § | |
| § | **Adversary No. 13-03132** |
| **vs.** § | |
| § | |
| **RODNEY E. UNDERWOOD and** § | |
| **UPLIFT HOUSE f/k/a UPLIFT FOR** § | |
| **THE HOMELESS, INC.** § | |
| **Defendants** § | |

## RESPONSE TO MOTION FOR ENTRY OF JUDGMENT

Plaintiffs Guadalupe Cordova, Jr. and Herlinda Cordova (the "Plaintiffs" or "Cordovas"), debtors in the above-captioned bankruptcy case, file this Response to the Motion for Entry of Judgment filed at docket #84.

The motion requests entry of the attached proposed judgment.

Counsel for the Plaintiffs disagrees with the interest rate as proposed in the judgment. The rate of interest should be the federal judgment rate, which counsel understands at this time to be 0.33% per annum.

The Plaintiffs are reviewing the proposed amount of the judgment. Plaintiffs request an additional week to review and finalize amounts.

DATED: August 21, 2015

                                                   Respectfully submitted,

                                                   */s/ Reese Baker*
                                                   Reese Baker
                                                   TX Bar No. 01587700
                                                   Baker & Associates
                                                   5151 Katy Freeway, #200
                                                   Houston, Texas 77007
                                                   (713) 869-9200
                                                   (713) 869-9100 Fax
                                                   Attorneys for Cordovas

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of Plaintiffs' Brief was served on August 21, 2015, as indicated to the following:

*By electronic delivery of the Clerk of Bankruptcy Court to*:

Jim Alan Adams on behalf of Intervenor Jose Luis Mata at jadamsatty@msn.com, jessica112980@live.com

Kenneth Barrett on behalf of Rodney Underwood at KennethRoyceBarrettLaw@Yahoo.com


                                                  */s/ Reese W. Baker*
                                                  Reese W. Baker