

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**09/01/2015**

| | | |
|---|---|---|
| GUADALUPE AND HERLINDA CORDOVA | § § § | |
| **PLAINTIFF** | § | ADVERSARY NO. 13-03132 |
| **vs.** | § § | |
| RODNEY UNDERWOOD, ET AL | § | |
| **DEFENDANT** § | | |
| | § | |
| JOSE LUIS MATA | § | |
| **INTERVENOR** | § | |

## AGREED JUDGMENT

**This Cause was called and tried before this Court on May 19, 2015 and concluded on**

**June 29, 2015. After hearing the evidence and arguments of counsel it is ORDERED that:**

1. Plaintiffs, Guadalupe Cordova, Jr. and Herlinda Cordova take nothing against Defendant, Rodney E. Underwood and Uplift for the Homeless, Inc.;

2. Intervenor, Jose Mata, recovers judgment from Guadalupe Cordova, Jr and Herlinda Cordova in the sum of $48,883.15 payable at an annual interest rate of ~~6%~~ 0.39% per annum from the date this judgment is entered;

3. Intervenor, Jose Mata, takes nothing from Defendants, Rodney E. Underwood and Uplift for the Homeless, Inc.;

4. Intervenor, Jose Mata, is entitled to all writs and processes as may be necessary in the enforcement and collection of this Judgment; and

5. All other relief not expressly granted herein is denied.

6. The Clerk shall close this adversary proceeding.

Signed:

        August 31, 2015

_____
Marvin Isgur
United States Bankruptcy Judge